HOFFMAN EQUIPMENT, INC. v. X.G.W. EXCAVATING COMPANY, INC., ET AL.

September 7, 1988.

Cross-petition for certification denied.

MARIE PROMAULAYKO v. AMTORG TRADING CORPORATION AND LEONARD J. BUCK, INC. AND JOHNS MANVILLE SALES CORPORATION, ET AL.

September 7, 1988.

Petition for certification granted. (See 224 *N.J.Super.* 391)

ROBERT SLATER v. VICKI SLATER.

September 7, 1988.

Petition for certification denied. (See 223 *N.J.Super.* 511)

STATE OF NEW JERSEY v. SYLVESTER BUSH.

September 7, 1988.

Petition for certification denied.